O

CLOSED 194

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AHSAN MOHIUDDIN, | ) | Case No. CV 14-03454 DDP (CWx) |
| Plaintiff, | ) ) | **ORDER EXTENDING TIME TO FILE APPEAL** |
| v. | ) ) | [Dkt. No. 30.] |
| ROBERT J. HIGA, | ) ) | |
| Defendant. | ) ) | |

    Good cause being shown, and because Plaintiff is a pro se litigant, the Court grants Plaintiff's request for an extension of time to file an appeal. (Dkt. No. 30.) The time to file is extended nunc pro tunc to June 30, 2015.

IT IS SO ORDERED.

Dated: July 17, 2015

DEAN D. PREGERSON
United States District Judge